# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Joseph Nocedal,<br><br>   Defendant. | Case Nos. 2:21-cr-00089-APG-NJK; 2:05-cr-000185-JCM-LRL; 2:05-cr-00084-JCM-LRL<br><br>**Order granting stipulation and transferring cases** |

Based on the stipulation of counsel, the Court finds that good cause exists to transfer case nos. 2:05-cr-00185-JCM-LRL and 2:05-cr-00084-JCM-LRL to Judge Gordon so that they may be resolved via a global plea agreement in case no. 2:21-cr-00089-APG-NJK

DATED: April 7, 2021.

_____
James C. Mahan
United States District Judge


_____
Andrew P. Gordon
United States District Judge

3